Appeal, First Circuit, Parish of Tangipahoa. 152 So.2d 388.

The application is denied. We find no error of law in the judgment complained of.

153 So.2d 882

#### Lester ROBERTSON

v.

#### ROYAL INDEMNITY CO. et al.

#### No. 46794.

#### June 14, 1963.

In re: Lester Robertson applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 152 So.2d 268.

Writ denied. Under the facts found by the Court of Appeal there appears no error of law.

153 So.2d 882

#### John C. WERHAN et al.

v.

#### William G. HELIS, Jr., et al.

#### No. 46795.

#### June 14, 1963.

In re: John C. Werhan applying for certiorari or writ of review to the Court of

Appeal, Fourth Circuit, Parish of Jefferson. 147 So.2d 260.

Writ refused. We find no error of law in the judgment of the Court of Appeal.